IN THE UNITED STATES DISTRICT COURT
FOR THE BOSTON DISTRICT OF MASSACHUSETTS

2004 AUG 10 P 2: 49

U.S. DISTRICT COURT
DISTRICT OF MASS

David L. GUIDRY          )
    Plaintiff         )
    Pro-Se            )
                      )   Case No.
vs                       )
                      )   04-40154
United States of America )
                                    DPW

## MOTION FOR LEAVE TO PROCEED
## IN FORMA PAUPERIS

**COMES NOW David L. GUIDRY**, Prison Number 85957-001, who is the Plaintiff in the above entitled cause and movant herein, who, himself, pro-se, respectfully moves the Court for leave to proceed in forma pauperis in all matters and appeals relating to the motions herewith.

Respectfully presented on this, the __7__ day of __8__ 2004.

                                    David L. GUIDRY
                                    Reg. No. 85957-001
                                    FMC Devens
                                    P.O. Box 879
                                    Ayer, MA   01432

# UNITED STATES DISTRICT COURT

_Eastern_ District of _California_

_David Guidry_

Plaintiff

v.

_State of California, U.S.A._
_David L. Winn, Warden,_
_F.M.C. Devens_ Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **04-40154**

I, _David Guidry (85-957-011)_ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☑ Yes     ☐ No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _Fed Med Center Devens_

    Are you employed at the institution? _No_ Do you receive any payment from the _No_

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    _See Prison and Court Records_

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☑ |
    | b. | Rent payments, interest or dividends | ☐ | ☑ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
    | d. | Disability or workers compensation payments | ☐ | ☑ |
    | e. | Gifts or inheritances | ☑ | ☐ |
    | f. | Any other sources | ☐ | ☑ |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

# Inmate Inquiry 

| | | | |
|---|---|---|---|
| Inmate Reg #: | 85957011 | Current Institution: | Devens FMC |
| Inmate Name: | GUIDRY, DAVID | Housing Unit: | N UNIT |
| Report Date: | 08/06/2004 | Living Quarters: | N04-240219 |
| Report Time: | 9:59:17 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1520 |
| FRP Participation Status: | ExemptTmp |
| Arrived From: | SPG |
| Transferred To: | |
| Account Creation Date: | 5/29/2002 |
| Local Account Activation Date: | 3/19/2004 6:04:06 AM |
| Sort Codes: | |
| Last Account Update: | 8/5/2004 12:14:54 PM |
| Account Status: | Active |
| ITS Balance: | $0.30 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $0.07 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |

| | |
|---:|:---|
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.07 |
| National 6 Months Deposits: | $310.00 |
| National 6 Months Withdrawals: | $358.85 |
| National 6 Months Avg Daily Balance: | $12.71 |
| Local Max. Balance - Prev. 30 Days: | $41.82 |
| Average Balance - Prev. 30 Days: | $18.82 |

## Commissary History

### Purchases

| | |
|---:|:---|
| Validation Period Purchases: | $79.95 |
| YTD Purchases: | $284.65 |
| Last Sales Date: | 8/5/2004 12:14:54 PM |

### SPO Information

| | |
|---:|:---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---:|:---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Spending Limit: | $290.00 |
| Expended Spending Limit: | $76.25 |
| Remaining Spending Limit: | $213.75 |

## Commissary Restrictions

**Spending Limit Restrictions**

http://140.1.9.16/InmateInquiryCombined.aspx

8/6/2004

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

**Item Restrictions**

List Name     List Type   Start Date   End Date   Userid   Active

# Comments

Comments:

http://140.1.9.16/InmateInquiryCombined.aspx

8/6/2004