IN THE UNITED STATES DISTRICT COURT
FOR THE BOSTON DISTRICT OF MASSACHUSETTS

David L. GUIDRY )
    Plaintiff )    **04-40154**
    Pro-Se )    Case No. _____
  )
vs )
  )
United States of America )

## MOTION FOR APPOINTMENT OF COUNSEL
## AS PER 18 USC 30006(a)

**COMES NOW, David L. GUIDRY**, Prison Number 85957-~~001~~ CII, who is the Plaintiff in the above entitled cause. Attention: United States Attorney General, Defense Counsel of Court Records. Movant herein, who himself, pro-se, respectfully moves the Court to appoint counsel to assist and represent movant with, and in, the motions herewith, and all matters relating thereto, to include any and all appeals, etc. If an appeal becomes necessary, movant tao be entitled without further notice of appeal required, etc., to be filed by movant.

                                      Respectfully Submitted,

                                      */s/ David Guidry*
                                      David L. GUIDRY
                                      Reg. No. 85957-001
                                      FMC Devens
                                      P.O. Box 879
                                      Ayer, MA  01432