## CERTIFICATION OF SERVICE

I, **David L. GUIDRY**, Prison Number 85957-001, state that I am the movant in the foregoing motion, and that, on the ___7___ day of ___8___, 2004, I sent the original and two copies of said motion to the Court related in said motion, by way of United States Mail, Postage Prepaid for Delivery. I also sent a copy of said motion ato each person related in the motion, attention to, as stated inmotion.

David L. GUIDRY
Reg. No. 85957-001
FMC Devens
P.O. Box 879
Ayer MA  01432