UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>DAVID L. GUIDRY</u>,

                Plaintiff,

        v.                      Civil Action No. 04-40154-DPW

<u>UNITED STATES,</u>

                Defendant.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915;

☒    In accordance with Fed. R. Civ. P. 5(e), the clerk filed this petition on _____ and assigned it Civil Action No. <u>04-40154</u>

**ORDERS**

Based upon the foregoing, it is ORDERED:

1. May the application to proceed without prepayment of fees be GRANTED?
    Yes ☒    No ☐

2. Is it FURTHER ORDERED, in accordance with 28 U.S.C. § 1915(b)(2), that the clerk send a copy of this Order to the institution having custody of plaintiff?
    Yes ☐    No ☒

<u>  8/23/04  </u>                <u>s/ Douglas P. Woodlock</u>
DATE                          UNITED STATES DISTRICT JUDGE

(ifp.wpd - 11/98)                                                        [oifphc.]