UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID GUIDRY,
    Petitioner,

    V.                  CIVIL ACTION NO. 04-40154-DPW

UNITED STATES OF AMERICA,
    Respondent

### ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order entered August 23, 2004, denying the Petition for relief under 28 U.S.C. §2255, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

    It is further Ordered that all pending motions shall be terminated from the docket in view of this Order of Dismissal.

                                        BY THE COURT,

                                        /s/ Rebecca Greenberg
                                        Deputy Clerk

DATED: August 23, 2004